# ATTACHMENT A
# STATEMENT OF FACTS

*The United States and defendant Aida Pereira stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

Beginning in at least September 2003 continuing through in or about November, 2005, **AIDA PEREIRA, a/k/a "Paty,"** conspired with Iris Martinez-Solarzano, Luis Guil-Arizandieta, Jose Hugo Chacon Roque, Marta Alisa Arizandieta, Eduardo Puentes, and others, to transport at least one hundred women from New York and New Jersey to Maryland, for the purpose of employing them as prostitutes.

During the course of the conspiracy, **AIDA PEREIRA** was the primary contact person who communicated with these women by cellular telephone at least a week prior to their travel to Maryland, and scheduled them to work in the various places of prostitution that they operated in Prince George's County, Maryland. Indeed, **PEREIRA** maintained a list of more than one hundred prostitutes who she contacted on a regular basis to come work in Maryland. Once these women were scheduled, **PEREIRA** and her co-conspirators then picked up these women early on Monday mornings at various pre-arranged locations in New York and New Jersey. **PEREIRA** and her co-conspirators typically used a passenger van to transport these women to Maryland, and would drop the women off at places of prostitution in Maryland, where they worked as prostitutes until the following Sunday. On Sundays, **PEREIRA** and her co-conspirators paid the prostitutes for the week that they had worked, and then often transported the women back to New York and New Jersey on Sunday evenings using the same passenger van that had brought them down to Maryland. **PEREIRA** and her co-conspirators would then stay in the New York and New Jersey area overnight and return to Maryland the next morning with another group of prostitutes for the following week.

As part of the conspiracy, **PEREIRA** coordinated the rental of apartments in Maryland for use as places of prostitution. Once transported to Maryland, the prostitutes would reside in these apartments for a week at a time, along with a doorman who collected the money from customers and provided security for the prostitutes. **PEREIRA** and her co-conspirators provided the prostitutes with food and supplies, such as condoms and lubricants, for a set weekly fee. After paying the doorman the agreed upon price (typically $25 or $30 for 15 minutes with the prostitute), customers were given a marker, such as a poker chip, playing card, or glass bead, to indicate that he had paid the fee. At the end of the week that the prostitute was there, she would exchange her markers (representing how many customers she had seen during the week) for cash. **PEREIRA** and her co-conspirators typically agreed to pay the prostitutes half of what each customer paid. In other words, half of the money earned that week would go to "the house" (i.e. **PEREIRA** and her co-conspirators), and half would be retained by the prostitute. On many occasions, the share of money retained by "the house" was split among **PEREIRA**, her co-conspirators (including the person who may have rented a particular location in their name), and the doorman. **PEREIRA** typically collected the money from the various places of prostitution and then distributed the proceeds among

her co-conspirators and business partners. Throughout the course of the conspiracy, **PEREIRA** and her co-conspirators operated at least five (5) different places of prostitution in Maryland, including apartments in Langley Park, Maryland.

On July 31, 2005, a white passenger van being driven by **PEREIRA** was stopped by New Jersey state troopers on the New Jersey Turnpike. The van was registered to Interstate Classic Shuttle, and bore Maryland license tags. The fourteen other women found in the van were prostitutes who were being transported between Maryland and New Jersey by **PEREIRA** as part of the conspiracy charged in the instant case. The parties agree that this conduct was within the scope of the conspiracy and should be considered as relevant conduct.

On October 20, 2005, a search warrant was executed at **PEREIRA's** residence at 25 East Wayne Ave, Apt. 704, Silver Spring, Maryland. During the course of the search, federal law enforcement agents located and seized documents related to **PEREIRA's** prostitution business, including: lists of prostitutes from New York and New Jersey; a calendar showing the schedule of pick-ups and drop-offs in New York and New Jersey; ledgers detailing business expenses and showing payments to and from **PEREIRA's** co-conspirators; business cards used to advertise the prostitution business; and documentation related to the purchase and registration of the van used to transport the prostitutes. Law enforcement agents also seized a computer found at **PEREIRA's** residence and retrieved from the computer a number of electronic files containing the business cards that were printed out and used as advertisements for the places of prostitution that **PEREIRA** and her co-conspirators operated in Maryland.

I have read this statement of facts, and have carefully reviewed it with my attorney. I acknowledge that it is true and correct.

_1/29/09_
Date

_AIDA PEREIRA_
Aida Pereira